**Appeal Dismissed and Memorandum Opinion filed November 1, 2018.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-18-00422-CV

### ANGELA ARELLANO, Appellant

### V.

### CHRISTOPHER STALEY, Appellee

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1109147**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed May 14, 2018. Appellant's brief was due August 22, 2018. No brief or motion for extension of time to file the brief was filed.

On September 11, 2018, the court ordered appellant to file a brief by October 11, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED** for want of prosecution.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Busby.